**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                    **Chapter 7**

**JORGE QUINTANA**,
*aka* **Jorge Quintana Vandama**                  **Case No.  20-21682-LMI**
              Debtor(s).

**NOTICE OF FIRST INSTALLMENT LOAN PAYMENT EXTENSION**

            Please take notice that on March 25, 2021, upon request of the Debtor(s), or if

applicable Co-Debtor(s), Bank Of America, N.A. agreed to extend the monthly payment amount

for the loan ending in 0759 secured by property with the VIN ending in 0429 (the "Loan") for

two (2) months (the "First Extension Period").  The First Extension Period starts with January 5,

2021 and will continue until March 4, 2021.   The extended payment amounts will be added to

the end of the term of the Loan and are not being waived or forgiven.  Additionally, finance

charges will, to the extent permitted by law (including any confirmed bankruptcy plan), continue

to accrue during this time period.  At the end of the First Extension Period, the regular payment

schedule provided for under the Loan (or if applicable the Debtor(s) confirmed bankruptcy plan)

will resume without further notice, and the First Extension Period will terminate absent: (1) the

Debtor(s), or if applicable Co-Debtor(s), submission of a second extension request through (i)

bankofamerica.com/coronavirus, (ii) Bank Of America's virtual assistant, Erica®, or (iii) Bank

Of America's mobile banking app; and (2) Bank Of America, N.A.'s subsequent agreement to

the second extension request.

1

To the extent a payment is made on the Loan during the First Extension Period, the funds will be used to reduce the principal balance on the Loan, but will not extend the First Extension Period, and the acceptance of such funds by Bank Of America, N.A. should not be construed as a waiver of Bank Of America, N.A.'s rights under the Loan, applicable bankruptcy law, or applicable non-bankruptcy law.  Bank Of America, N.A. expects that, to the extent necessary, the Debtor(s) will also promptly take any required actions with the Court to effectuate the terms of the extension described in this Notice.

Please take further notice that Bank Of America, N.A. expects that the Debtor(s), or if applicable Co-Debtor(s), will continue to pay insurance, and if applicable, property taxes, under the terms of the Loan, when they come due or as otherwise required by any applicable bankruptcy plan.

Finally, please note that during the First Extension Period the Debtor(s), or if applicable Co-Debtor(s), monthly Loan statements may reflect the payment amounts extended as past due balances.  To the extent that occurs, the Debtor(s), of if applicable Co-Debtor(s), should disregard that portion of the Loan statement.

**Nothing under this Notice should be construed as a waiver of Bank Of America, N.A.'s rights under the Loan, applicable bankruptcy law, or applicable non-bankruptcy law.**

/s/  *Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of April, 2021, I caused a true and correct a copy

of the foregoing on the parties listed below:

<u>SERVICE LIST</u>

Jorge Quintana
4050 NW 135th Street
Building 11 Apt. 2
Opa Locka, FL 33054-4622

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Robert A Angueira
16 SW 1st Avenue
Miami, FL 33130

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ *Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

3